# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA FOX, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST BANK OF THE LAKE, a Missouri corporation; ADVANTAGE CAPITAL MANAGEMENT CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS ADVANTAGE CAPITAL PARTNERS, a Louisiana corporation, and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-05964-SVW-MAA<br><br>Hon. Stephen V. Wilson<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the Stipulation of the parties, filed February 21, 2023, **IT IS HEREBY ORDERED** that the above-action be and hereby is dismissed, with prejudice, each party to bear its own attorneys' fees and costs.

DATED: February 22, 2023

_____
STEPHEN V. WILSON,
UNITED STATES DISTRICT JUDGE